**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _PS_ D.C.

05 JUN 10 PM 4: 06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JACQUELINE E. ROBERTS,                  )
    Plaintiff,                              )
                                            )
vs.                                     )          Docket No.: 04-2027-Ma An
                                            )
AIR LIQUIDE AMERICA, CORP.,             )
    Defendant.                              )

## STIPULATED ORDER OF DISMISSAL

Plaintiff Jacqueline E. Roberts and Defendant Air Liquide Industrial U.S. LP,

Assignee of Air Liquide America L.P. (improperly named in the action as "Air Liquide

America, Corp.") would show the Court that their claims have been settled and comprised.

Wherefore, upon agreement of the Parties, it is hereby

**ORDERED** that all claims by the Plaintiff in this action are dismissed with prejudice,

each party to bear its own costs.

       **ENTERED** this May   June  7 , 2005.

_____
Honorable Samuel H. Mays, Jr.
U. S. DISTRICT JUDGE



SUBMITTED FOR ENTRY:


MILLER & MARTIN PLLC


By: _____

Kelly L. Weston, BPR 015722
Shelby R. Grubbs, BPR 001581
1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3576
(404) 962-6432

Attorneys for Defendant


PERKINS, JOHNSON & SETTLE
PLLC


By: _____

Florence M. Johnson
45 North Third Street, Suite 200
Memphis, TN 38103
(901) 522-8900

GODWIN, MORRIS, LAURENZI
& BLOOMFIELD, P.C.


By: _____

Eugene A. Laurenzi
50 North Front Street, Suite 800
Memphis, TN 38103

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02027 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Esther R. DeCambra
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Kelly L. Weston
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Shelby R. Grubbs
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Honorable Samuel Mays
US DISTRICT COURT