UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



FILED BY _____ D.C.

05 JUN 15 PM 12: 22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **JACQUELINE E. ROBERTS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **AIR LIQUIDE AMERICA, CORP.,** | CASE NO: 04-2027-Ma |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Order Of Dismissal entered on June 14, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ signature_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT

June 15, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_/s/ signature_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/16/05

49

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02027 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Kelly L. Weston
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Shelby R. Grubbs
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Esther R. DeCambra
MILLER & MARTIN LLP
1275 Peachtree Street, N.E.
Ste. 700
Atlanta, GA 30309--357

Honorable Samuel Mays
US DISTRICT COURT